1006

No. 74–5819.   Tocco et al. v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 74–5838.   Poole v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–5839.   Lundy v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–5845.   Hessbrook v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–5847.   Daniels v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 74–5853.   Rivera v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 74–5886.   Strawn v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–5891.   Terry v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 74–5906.   Brogan v. Weinberger, Secretary of Health, Education, and Welfare.   C. A. 10th Cir. Certiorari denied.

No. 74–5920.   Lee v. United States.   C. A. D. C. Cir. Certiorari denied.

No. 74–5926.   Jewell v. United States.   C. A. 7th Cir.   Certiorari denied.